Edward D. Boyack
Nevada Bar No. 005229
BOYACK ORME & TAYLOR
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
Attorney for Defendant and Third Party Plaintiff,
*Westtrop Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-SHACK, INC,; WESTTROP ASSOCIATION,<br><br>Defendant.<br>_____<br><br>WESTTROP ASSOCIATION,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, LLC.,<br><br>Third Party Defendant.<br>_____ | CASE NO.   2:16-cv-02434<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

COMES NOW, Plaintiff, DITECH FINANCIAL, LLC, and Defendant, WESTTROP ASSOCIATION, by and through by and through their undersigned counsel and hereby stipulate and agree as follows:

Page 1 of 3

1. On January 30th, 2017, Plaintiff filed a Motion for Summary Judgment herein [Doc. #25]. A Response to said Motion was due on or about February 20th, 2017.

2. The parties are in agreement to extend the time for the Defendant, Westtrop Association's, counsel to file an opposition to the Plaintiff's Motion for Summary Judgment.

3. No prejudice will result to any party from an extension of time.

4. Defendant, Westtrop Association, shall have an extension of time until February 24th, 2017, in which to respond to the Plaintiff's Motion for Summary Judgment.

DATED this 21st day of February, 2017.

By  */s/ Edward D. Boyack*
EDWARD D. BOYACK
Nevada Bar No. 005229
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
Attorney for Defendant and
Third Party Plaintiff,
Westtrop Association

By  */s/ Colt Dodrill*
COLT DODRILL
Wolfe & Wyman, LLP
6757 Spencer Street
Las Vegas, NV 89119
Attorney for Plaintiff
Ditech Financial LLC

IT IS SO ORDERED.

DATED THIS  13th  DAY OF March, 2017.

By: _____
RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

I certify that I am an employee of Boyack Orme & Anthony, and that on this 21st day of February 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** as follows:

___ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada

_X_ via electronic means by operation of the Court's electronic filing system, upon each party in the case who is registered as an electronic case filing user with the Clerk

___ via facsimile

___ via hand delivery

By: **/s/ *Norma Ramirez***
An Employee of Boyack Orme & Anthony